DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6300 / Fax: (702) 388-6698
Lisa.Cartier-Giroux@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00100-GMN-GWF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING (First Request) |
| vs. | |
| KENYATTA BERNARD STEPPES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Amy Cleary, Esq., counsel for defendant KENYATTA BERNARD STEPPES, that the sentencing hearing currently scheduled for January 5, 2017 at 9:30 a.m., be vacated and set to a date and time convenient to this Court.

This stipulation is entered into for the following reasons:

1. The Defendant is incarcerated and does not object to the continuance.

2. According the United States Marshals Service, the Defendant will not be produced by the United States Marshals from the Bureau of Prisons facility in

Victorville, CA in time to appear for the scheduled hearing. While the Defendant is scheduled to arrive on January 5, 2016, the United States Marshals Service has stated that he will not arrive in time for the hearing at 9:30 a.m.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of January, 2017.

| | |
|---|---|
| DANIEL G. BOGDEN,<br>United States Attorney<br>By: /s/ Lisa C. Cartier Giroux<br>LISA C. CARTIER GIROUX<br>Assistant United States Attorney | By: /s/ Amy Cleary, Esq.<br>AMY CLEARY, ESQ.<br>Counsel for Kenyatta Bernard Steppes |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>KENYATTA BERNARD STEPPES,<br><br>         Defendant. | 2:14-cr-00100-GMN-GWF<br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE OREDERED that sentencing in the above-captioned matter currently scheduled for January 5, 2017 at 9:30 a.m., be vacated and continued to  Tuesday, January 10 , 2017, at  11:00  a.m.

DATED  1/4/2017 

_____
THE HONORABLE GLORIA M. NAVARRO
CHIEF JUDGE,
UNITED STATES DISTRICT COURT

3