RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Kenyatta Bernard Steppes

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KENYATTA BERNARD STEPPES,<br><br>             Defendant. | Case No. 2:14-cr-00100-GMN-GWF<br><br>**STIPULATION TO CONTINUE REPLY TO RESPONSE TO COMPASSIONATE RELEASE MOTION DUE DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Kenyatta Bernard Steppes, that the Reply to Response to Compassionate Release Motion due date currently scheduled on July 6, 2020, be vacated and continued to July 10, 2020.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel for the defense is out of the jurisdiction and needs additional time to file a reply. The parties agree the reply will be due Friday, July 10, 2020.

2. Counsels for Mr. Steppes and the government agree to the continuance.

This is the first request for a continuance of the Reply to Response to Compassionate Release Motion due date.

DATED this 6th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By */s/ Lisa Cartier-Giroux*<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENYATTA BERNARD STEPPES,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00100-GMN-GWF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Reply to Response to Compassionate Release Motion due date currently scheduled for Monday, July 6, 2020, be vacated and continued to July 10, 2020.

　　　DATED this  6  day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

3